Stephen E. W. Hale (5285) shale@parrbrown.com
Laura G. Kennedy (7238) lkennedy@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Defendant GKD Management LP
d/b/a A&G Commercial Trucking*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PRIME INSURANCE COMPANY, | **STIPULATION AND JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff and Counterclaim Defendant, | |
| vs. | |
| GKD MANAGEMENT LP d/b/a A&G COMMERCIAL TRUCKING and GERALD WAYNE FIELDEN, | Case No:  2:21-cv-00493-TS-JCB |
| Defendants and Counterclaimant. | District Court Judge Ted Stewart Magistrate Judge Jared C. Bennett |

Pursuant to Rule 41(a)(2) of the *Federal Rules of Civil Procedure*, plaintiff Prime Insurance Company and defendant GKD Management LP d/b/a A&G Commercial Trucking (collectively, the "Parties") hereby stipulate and agree that the Court should dismiss the above-captioned lawsuit without prejudice, each party to bear its own costs and attorneys' fees.  The parties in the underlying action have entered into a settlement agreement resolving that action, and the Parties agree that in light of that development, this insurance coverage lawsuit should be

dismissed without prejudice.  Accordingly, the Parties jointly move the Court to enter an order of

dismissal in the form submitted herewith.

RESPECTFULLY SUBMITTED this 5th day of November, 2021.

**AMES & AMES, LLP**

/s/ David J. Mahoney
*(signed with permission obtained via email)*
Byron L. Ames
David J. Mahoney
*Attorneys for Plaintiff Prime Insurance Company*


**PARR BROWN GEE & LOVELESS, P.C.**

/s/ Laura G. Kennedy
Stephen E. W. Hale
Laura G. Kennedy
*Attorneys for Defendant GKD Management LP d/b/a A&G*
*Commercial Trucking*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of November, 2021, I caused a true and correct copy

of the foregoing **STIPULATION AND JOINT MOTION FOR DISMISSAL WITHOUT**

**PREJUDICE** to be electronically filed with the Court, which caused the following to be served

via the Court's electronic filing system:

Byron L. Ames
David J. Mahoney
**AMES & AMES, LLP**
2750 Rasmussen Rd. #H-201
Park City, UT 84098
Bames@Amesfirm.com
Dmahoney@Amesfirm.com
*Attorney(s) for Plaintiff Prime Insurance Company*

*/s/ Laura G. Kennedy*